# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MARTIN CRUZ ODED,

                              Petitioner,

v.

JEFFERSON SESSIONS,

                              Respondent.

Case No.:  18cv0647 GPC (NLS)

**ORDER DIRECTING RESPONDENT TO FILE A SUR-REPLY**

Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his order of removal and his continued detention.  In response, Respondent argues the Court does not have jurisdiction to consider Petitioner's challenges to his removal order and that his challenge to his continued detention is now moot as he was recently released under the "Alternatives to Detention" ("ATD") program on May 3, 2018.  In reply, Petitioner presents new arguments not raised in his petition.  Specifically, he argues that while he was released on bond, he was improperly removed to Mexico on November 17, 2018 despite a stay by the Ninth Circuit and then paroled back into detention on January 6, 2018 essentially revoking his bail.  (Dkt. No. 7 at 3[1].)  After the United States Supreme Court decision in <u>Sessions v. Dimaya</u>, 138 S. Ct. 1204 (2018), the

_____

[1] Page numbers are based on the CM/ECF pagination.

government moved to remand the removal proceedings to the BIA which was granted on April 27, 2018. (ECF No. 5, Ex. at 53-56.) On May 3, 2018, ICE released Petitioner from custody under the "Alternatives to Detention" program ("ATD"). Petitioner claims that his forced removal on November 17, 2018 was unconstitutional and therefore, his constructive detention under the ATD programs is unconstitutional.

To the extent that Petitioner is seeking to be released on bond rather than be subject to the ATD program, the Court DIRECTS further briefing from Respondent. Accordingly, Respondent shall address the factual and legal bases underlying the November 17, 2018 removal, the parole back into detention on January 6, 2018, why he was under continued detention until May 8, 2018 despite his release from bond prior to the removal, and the underlying IJ proceedings, if any, releasing Petitioner under the ATD program. Respondent shall file a sur-reply on or before **July 13, 2018.**

IT IS SO ORDERED.

Dated: June 27, 2018

Hon. Gonzalo P. Curiel
United States District Judge

18cv0647 GPC (NLS)